UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 8:11-mc-46-T-24 AEP

THOMAS ROUSE,

    Defendant.
_____/

## O R D E R

This cause comes before the Court for consideration of Plaintiff's Petition to Enforce IRS Summons. (Doc. No. 1). This petition was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Porcelli has filed his report recommending that the petition be granted. (Doc. No. 7). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 7) is adopted and incorporated by reference in this Order of the Court.

(2) Plaintiff's Petition to Enforce IRS Summons (Doc. No. 1) is **GRANTED**.

(3) The Clerk is directed to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of July, 2011.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record